**Dennis A. SMITH, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 35801.**

Missouri Court of Appeals,
Western District.

Oct. 16, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Nov. 27, 1984.

Joseph H. Locascio, Sp. Public Defender, John M. Torrence, Asst. Sp. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before PRITCHARD, P.J., and SHANGLER and BERREY, JJ.

ORDER

PER CURIAM:

Appeal from denial of Rule 27.26 motion to vacate three convictions for robbery in the first degree, Section 569.020, RSMo 1978, and concurrent sentences of fifteen years imprisonment for each robbery.

The judgment is affirmed. Rule 84.16(b).